IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANCINE SHEA,

          Petitioner,

v.                                 3:14-CV-01189
                                 (JUDGE MARIANI)
MOUNTAIN VIEW SCHOOL
DISTRICT, et al.,

          Respondents.

## ORDER

**AND NOW, THIS 21ST DAY OF JULY, 2014**, upon consideration of Petitioner's Emergency Motion for a Preliminary Injunction (Doc. 1 at 31-33), **IT IS HEREBY ORDERED THAT** such Motion is **DENIED**. The Court finds that, though Petitioner has shown a substantial likelihood of success on the merits of her lawsuit, she has not shown that she will suffer irreparable harm in the absence of an injunction, because existing case law dictates that her claims provide her adequate remedies at law.

                                                            */s/ Robert D. Mariani*
                                                            Robert D. Mariani
                                                            United States District Judge